Keith W. Heard (KH-8578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE RAKOFF

'07 CIV 9879

---

**HAWKNET LTD.,**

Plaintiff,

-against-

**International Shipping Agency Group d/b/a ISACO Group; ISACO Shipping Shanghai Co. Ltd. and Shanghai International Shipping Agency Ltd.,**

Defendants.

---

**RULE 7.1 STATEMENT**

**Electronically Filed**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Hawknet Ltd. hereby represents to this Honorable Court that said plaintiff does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:    New York, NY
          November 7, 2007

BURKE & PARSONS
Attorneys for Plaintiff
HAWKNET LTD.

By_____
     Keith W. Heard (KH-8578)
     100 Park Avenue
     New York NY  10017-5533
     (212) 354-3800

9022_0003_Rule 7.1 statement.doc