Keith W. Heard (KH-8578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**HAWKNET LTD.,**

                              **Plaintiff,**

        **-against-**

**International Shipping Agency Group
d/b/a ISACO Group; ISACO Shipping
Shanghai Co. Ltd. and Shanghai
International Shipping Agency Ltd.,**

                              **Defendants.**

**ORDER APPOINTING
SPECIAL PROCESS SERVER
PURSUANT TO F.R.C.P.
RULE 4(c)**

07 CV 9879 (JSR)

---

An application having been made by counsel for Plaintiff for an Order appointing a
Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure.

    NOW, on reading and filing the affidavit of Keith W. Heard sworn to on
November 7, 2007, and good cause having been shown, it is hereby

    **O R D E R E D**  that William F. Dougherty, Christopher H. Dillon, Keith W.
Heard, Michael J. Walsh, Penny Harris and Jayson Cofield, or any other partner,
associate, paralegal or agent of Burke & Parsons, be and hereby is appointed, in
addition to the United States Marshal, to serve the Process of Maritime Attachment
and Garnishment and the Verified Complaint, together with any interrogatories,
upon the garnishee(s), together with any other garnishee(s) who (based upon
information developed subsequent hereto by the Plaintiff) may hold assets for, or on
account of, the Defendants.

Order Appointing Special
Process Server                              - 1 -

Dated:      New York NY
            November ___, 2007

_____
                            U.S.D.J.