Keith W. Heard (KH-8578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAWKNET LTD., <br><br> Plaintiff, <br><br> -against- <br><br> International Shipping Agency Group d/b/a ISACO Group; ISACO Shipping Shanghai Co. Ltd. and Shanghai International Shipping Agency Ltd., <br><br> Defendants. | 07 CV 9879 (WHP) <br><br><br> Electronically Filed |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          )
COUNTY OF NEW YORK    )

   I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

   I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

   On the 13th day of November, 2007, I personally served copies of the following documents on the garnishee banks named in subparagraphs (a) through (j) below:

1. Process of Maritime Attachment and Garnishment;

2. Verified Complaint;

3. *Ex Parte* Order for Process of Maritime Attachment, and;

4. Order Appointing Special Process Server.

    (a) Wachovia Bank by leaving copies of the foregoing documents at Wachovia Bank's place of business located at 99 Park Avenue, New York, New York at 10:25 a.m. with Faye Longobucco, who is employed as "Service Banker" with garnishee Wachovia Bank.

    (b) HSBC Bank USA, N.A. by leaving copies of the foregoing documents at HSBC Bank USA, N.A.'s place of business located at 101 Park Avenue, New York, New York at 10:28 a.m. with Lillian Paredes, who is employed as "Teller-Supervisor" with garnishee HSBC Bank USA, N.A.

    (c) Citibank N.A. by leaving copies of the foregoing documents at Citibank N.A.'s place of business located at One Court Plaza, Long Island City, New York at 10:56 a.m. with Russum Abidally who is employed as "Assistant Vice President, Legal Service Intake Unit" with garnishee Citibank N.A.

    (d) American Express Bank and Bank of America by leaving copies of the foregoing documents at the law offices of Zeichner, Ellman & Krause LLP, attn: Barry J. Glickman, Esq. at their offices located at 575 Lexington Avenue, New York, New York 10022 at 11:15 a.m. with Mike Antonovich who is employed as "Assistant Treasurer" with Zeichner, Ellman & Krause.

    (e) ABN Amro Bank by leaving copies of the foregoing documents at ABN Amro Bank's place of business located at 55 East 52nd Street, New York, New York at 11:25 a.m. with Shawn R. Spricker who is employed as "Senior Paralegal-Legal" with garnishee ABN Amro Bank.

    (f) UBS AG by leaving copies of the foregoing documents at UBS AG's place of business located at 299 Park Avenue, New York, New York 11:45 a.m. with Jennifer H. Paley who is employed as "Associate Director-Litigation Section" with garnishee UBS AG.

    (g) Bank of New York by leaving copies of the foregoing documents at Bank of New York's office and place of business located at 19th floor, 120 Broadway, New York, New York at 1:10 p.m. with Jennifer A. Watt who is employed as "Assistant Treasurer" with garnishee Bank of New York.

    (h) JPMorgan Chase by leaving copies of the foregoing documents at JPMorgan Chase's office and place of business located at One Chase Manhattan Plaza, New York, New York at 1:20 p.m. with Linda A.

       Plantone who is employed as "Legal Specialist-Legal Department" with garnishee JPMorgan Chase.

(i) Deutsche Bank by leaving copies of the foregoing documents at Deutsche Bank's office and place of business located at 60 Wall Street, New York, New York at 1:30 p.m. with Norma Jean Clark who is employed as "Secretary" with garnishee Deutsche Bank.

(j) Standard Chartered Bank by leaving copies of the foregoing documents at Standard Chartered Bank's place of business located at One Madison Avenue, New York, New York at 2:05 p.m. with Hector Cruz who is employed as "Mail Clerk" with garnishee Standard Chartered Bank.

                                                        _____
                                                               Michael J. Walsh

Subscribed and sworn to before me
on November 30, 2007

_____
Notary Public

               **Penny S. Martinez**
          **Notary Public State of New York**
    **No. 01MA4865021 Qualified in Suffolk County**
        **Certificate Filed in New York County**
       **Commission Expires 29 September 2010**

9022_0008.doc