```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
HAWKNET LTD.,                         :
                                      :
              Plaintiff,              :    07 Civ. 9879 (JSR)
                                      :
         -v-                          :    ORDER
                                      :
INTERNATIONAL SHIPPING AGENCY GROUP   :
d/b/a ISACO GROUP; ISACO SHIPPING     :
SHANGHAI CO. LTD. AND SHANGHAI        :
INTERNATIONAL SHIPPING AGENCY LTD.,   :
                                      x
              Defendants.
-------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-08

JED S. RAKOFF, U.S.D.J.

The Clerk of the Court is hereby directed to place this case on the suspense calendar for the reasons stated in a conference held today. See Tr., 2/15/08. During the period that the case remains on the suspense calendar, the 120 day period for service of the summons and complaint, see Federal Rule of Civil Procedure 4(m), will be tolled.

Plaintiff's counsel is directed to submit to this Court, no later than August 15, 2008, a letter apprising the Court of the status of this case, and to submit similar letters every six months thereafter.

SO ORDERED.

Dated: New York, NY
       February 15, 2008

_____
JED S. RAKOFF, U.S.D.J.